UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ANGEL JESUS GUAMAN CHIMBORAZO,<br><br>   Petitioner<br><br>v.<br><br>CRAIG SHEPLEY, et al,<br><br>   Respondents | Docket No. 1:25-cv-00552-LEW |

## JUDGMENT

Pursuant to the Order on Petition for Writ of Habeas Corpus entered by Chief U.S. District Judge Walker on November 20, 2025;

The Petition for Writ of Habeas Corpus is granted.

Dated this 20th day of November, 2025.

                                    ERIC M. STORMS
                                    ACTING CLERK

                        By:   /s/ Stacey Graf
                              Deputy Clerk